UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| EVELYN SETTLES, individually and on behalf of all others similarly situated, ) | |
| ) | No.: 2:20-cv-02635-TLP-tmp |
| Plaintiff, ) | |
| ) | Judge Parker |
| ) | Magistrate Judge Pham |
| vs. ) | |
| ) | |
| AMERICAN HEALTH COMPANIES, INC., and HARBOR VIEW NURSING AND REHABILITATION CENTER, INC. ) | JURY DEMAND |
| ) | |
| Defendants. ) | |

## JOINT NOTICE OF COMPROMISE AND SETTLEMENT

Please take notice that Plaintiff, Evelyn Settles ("Plaintiff"), and Defendants, American Health Companies, Inc. and Harborview Nursing and Rehabilitation Center, Inc. ("Defendants"), have agreed to settle the above-styled matter. The parties are working on a settlement agreement, which will be presented to the Court for approval. Counsel for the parties will submit the necessary pleadings to request the Court's approval of the settlement and dismissal of the case on or before November 6, 2020.

Respectfully submitted,

/s J. Russ Bryant/JKS w permission
J. Russ Bryant (TN # 33830)
Robert E. Turner, IV (TN # 35364)
Gordon E. Jackson (TN #8323)
Robert E. Morelli, III (TN # 37004)
Jackson, Shields, Yeiser, Holt,
Owen & Bryant
262 German Oak Drive
Cordova, Tennessee 38018

(901) 754-8001
rbryant@jsyc.com
rturner@jsyc.com
gjackson@jsyc.com

*Counsel for Plaintiff*

/s J.K. Simms
James K. Simms, IV (TN # 021688)
Thompson Burton, PLLC
One Franklin Park
6100 Tower Circle, Suite 200
Franklin, Tennessee 37067
Phone: (615) 465-6005
jk@thompsonburton.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically on this 26th day of October, 2020.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties listed below. Parties may access this filing through the Court's electronic filing system.

J. Russ Bryant
Robert Emmett Turner, IV
Gordon E. Jackson
Jackson, Shields, Yeiser, Holt,
Owen & Bryant
262 German Oak Drive
Memphis, Tennessee 38018
(901) 754-8001
rbryant@jsyc.com
rturner@jsyc.com
gjackson@jsyc.com

/s J.K. Simms
James K. Simms, IV

2