# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| EVELYN SETTLES, Individually and on behalf of herself and others similarly situated current and former employees, )<br>)<br>)<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>AMERICAN HEALTH COMPANIES, INC., a Tennessee Corporation and HARBOR VIEW NURSING AND REHABILITIATION CENTER, INC., a Tennessee Corporation doing business as AHC Harbor View,  )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>Defendants.  ) | No. 2:20-cv-02635-TLP-tmp<br><br>JURY DEMAND |

## ORDER GRANTING JOINT MOTION FOR JUDGMENT
## BASED ON ADR SETTLEMENT

The parties jointly move for approval of settlement under the Fair Labor Standards Act. (ECF No. 14.) The parties submitted the Settlement Agreement for inspection and review. (*Id.*)

Having reviewed the Settlement Agreement, the joint motion, and the Affidavit submitted by Plaintiff's counsel (ECF No. 18), the Court finds that the Settlement Agreement is a fair and reasonable resolution of Plaintiff's claims. The Court therefore **GRANTS** the joint motion. Accordingly, the Court **DISMISSES** the matter **WITH PREJUDICE**.

**SO ORDERED**, this 2nd day of December, 2020.

s/ Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE