# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| EVELYN SETTLES, individually and on behalf of herself and other similarly situated current and former employees, ) ) ) ) | |
| ) | No. 2:20-cv-02635-TLP-tmp |
| Plaintiff, ) | |
| v. ) | JURY DEMAND |
| ) | |
| AMERICAN HEALTH COMPANIES, INC., a Tennessee Corporation and HARBOR VIEW NURSING AND REHABILITATION CENTER, INC., a Tennessee Corporation doing business as AHC Harbor View, ) ) ) ) ) ) ) | |
| Defendants. ) | |

## JUDGMENT

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's Complaint, filed on August 21, 2020. (ECF No. 1.) In accordance with the Order Granting Joint Motion for Judgment Based on ADR Settlement (ECF No. 19), entered by the Court,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED WITH PREJUDICE**.

**APPROVED:**

s/ Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

December 2, 2020
Date